# In The Court of Criminal Appeals

37,743-13

RE: Status of Pending Cause No. W99-55168-P(H)
DATE Presented 4/6/2015 - Habeas Corpus Art 11.07

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

DEAR Clerk Abel Acosta,

I, MYRON BERNARD TANKSLEY (PRO-SE) Waited for An RESPONSE by this court And REQUEST the status or any order entered by this court on my Habeas Corpus ARTICLE 11.07 that was Lawfully RECEIVED And Presented to this court on 4/6/2015 Cause No.W99-55168-P(H)

Your Assistance Would be highly Appreciated, And REQUEST that You contact me At:

Mr. MYRON TANKSLEY #1002421
Michael Unit
2664 FM 2054
Tenn. Colony, TX 75886

Respectfully Submitted,

C/c